No. 1187. ALFONSO, PLAINTIFF AND APPELLANT, *v.* ROSSO, DEFENDANT AND RESPONDENT.—Appeal from the District Court of Arecibo in an action for restitution of property. Motion by respondent for dismissal of the appeal. Decided November 5, 1914. Motion denied because appellant filed his brief before the hearing on respondent's motion and pursuant to the jurisprudence laid down in the case of *González v. Acha,* 19 P. R. R., 1143. *Mr. Rafael López Landrón* for the appellant. *Mr. Félix Santoni* for the respondent.

---

No. 1171. LONGPRÉ ET AL., PLAINTIFFS AND APPELLANTS, *v.* WOLFF ET AL., DEFENDANTS AND RESPONDENTS.—Appeal from the District Court of San Juan, Section 1, in an action for the cancellation of a mortgage. Motion by appellants for leave to substitute a transcript of the record certified to by the attorneys for another certified to by the secretary of the lower court. Decided November 6, 1914. Motion sustained. *Messrs. H. H. Scoville* and *Enrique Rincón* for the appellants. *Messrs. Alvarez Nava & Domínguez* for the respondent.